fendant had received copies of the complaints and indictments which specifically described the nature of the acts constituting the offenses. While a repetition of the language of the indictments by the court would clearly have fulfilled even the most exacting interpretation of Rule 401(b), we do not believe such repetition was indispensably required.

In view of the record in this cause, therefore, we believe that there is no reversible error in the record and that the judgment of the Circuit Court of Rock Island County should be affirmed.

Judgment affirmed.

STOUDER and SCOTT, JJ., concur.

CAROL STEVENS et al., Plaintiffs-Appellants, v. ANTOMO, INC. et al., Defendants-Appellees.

(No. 70-67; )

Third District—March 23, 1971.

Opinion by Mr. JUSTICE STOUDER.

Burger, Geisler & Fombelle, of Decatur, for appellants.

Herbert J. Baker, of Chicago, for appellees.